UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____

STATE FARM FLORIDA INSURANCE
COMPANY a/s/o WILLIAM G.
SCHUMANN, JR.,

        Plaintiff,

vs.

UNITED STATES OF AMERICA and
CHRISTOPHER J. CROTTY,

        Defendants.
_____/

## COMPLAINT

Plaintiff, State Farm Florida Insurance Company ("State Farm") a/s/o William G. Schumann, Jr., by and through its undersigned counsel, sues Defendants, United States of America ("US") and Christopher J. Crotty ("Crotty")(collectively "Defendants"), and alleges as follows:

## PARTIES

1. Plaintiff State Farm, is a corporation authorized to transact business in the State of Florida.

2. Defendant United States of America, is sui generis, and conducts its governmental business in the State of Florida.

3. Upon information and belief, Defendant Crotty is an employee and agent of the United States Marshall ("US Marshall"), an agency of Defendant US, and at all times material to this action was acting within the scope of his employment for said agency and in the State of Florida.

## JURISDICTION AND VENUE

4. Jurisdiction is proper with this Court under 28 U.S.C. § 1346(b)(1), as this action is for damages for injury or loss of property, or personal injury, caused by the negligent actions or wrongful act or omission of an employee of the Government while acting within the scope of his employment.

5. Venue is proper in the Southern District of Florida as the cause of action accrued in Riviera Beach, Palm Beach County, Florida.

## GENERAL ALLEGATIONS

6. On or about July 28, 2010, Defendant Crotty operated a motor vehicle owned by the US Marshall on Old Dixie Highway, Riviera Beach, Palm Beach County, Florida.

7. At all times material, Defendant Crotty was an employee of Defendant US and was acting within the course and scope of his office or employment.

8. At all times material, Defendant Crotty so negligently and carelessly operated and/or maintained a motor vehicle so as to cause it to collide with a motor vehicle owned and operated by William G. Schumann, Jr. ("Schumann"), and insured by State Farm.

9. As a direct and proximate cause of Defendants' negligence, Plaintiff State Farm, pursuant to its applicable policy of insurance, was required to pay for damages to the vehicle of William G. Schumann, Jr., which included a $1,000.00 deductible paid directly by Schumann, in the amount of $9,545.78.

10. Additionally, pursuant to the applicable policy of insurance, a rental vehicle was procured for Schumann for the amount of $507.62, of which State Farm paid the entire amount in full.

11. All conditions precedent to the filing and maintenance of this action has been performed, have been waived, or have been excused.

WHEREFORE, Plaintiff demands judgment against Defendants in the amount of $10,053.46 along with interest, costs, and any other such relief this Court may deem just and equitable.

Respectfully submitted this 27th day of July, 2011.

_____
ROLAND E. SCHWARTZ
Florida Bar No. 712078
GRAY ROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1850
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8111
Facsimile: (954) 761-8112
Email: roland.schwartz@gray-robinson.com