UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-80858-CV-MIDDLEBROOKS/JOHNSON

STATE FARM FLORIDA INSURANCE
COMPANY a/s/o WILLIAM G. SCHUMANN
JR.,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
CHRISTOPHER J. CROTTY,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties' Joint Stipulation for Dismissal With Prejudice (DE 11) ("Joint Stipulation"), filed on September 16, 2011. I have reviewed the Parties' Joint Stipulation and am otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation for Dismissal With Prejudice (DE 11) is **APPROVED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITH PREJUDICE** against Defendants;

2. The Parties shall pay their own attorneys' fees and costs; and

4. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 23 day of September, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record